UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NUTRAMAX LABORATORIES, INC., et al.,

                               Plaintiffs,                **25-CV-6644 (DEH) (VF)**

         -against-                                   **ORDER**

GRAND HORIZON FURNITURE LLC, et al.,

                               Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Plaintiffs have withdrawn the motion for contempt, as stated in the filing at ECF No. 40.

The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 32.

      **SO ORDERED.**

DATED:    New York, New York
              October 10, 2025

                                                                                 VALERIE FIGUEREDO
                                                                                United States Magistrate Judge