UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nutramax Laboratories, Inc. and Nutramax Laboratories Consumer Care, Inc., <br><br>    Plaintiff(s), <br><br> v. <br><br> Grand Horizon Furniture LLC et al., <br><br>    Defendant(s). | 25-CV-6644 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

      Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Consumer Care, Inc. (collectively, "Plaintiffs") initiated this trademark infringement case against Defendants Grand Horizon Furniture LLC, Michael Dewayne Riley, Xingman Zhang, and John Does 1-10 (collectively, "Defendants") on August 12, 2025.  On September 18, 2025, Plaintiffs filed an *ex parte* motion for a Temporary Restraining Order, which this Court granted on September 19, 2025.  This Court also issued an Order to Show Cause as to why a preliminary injunction should not issue, ordering Defendants to file opposing papers by October 1, 2025.  Defendants did not file any papers by the deadline, and on October 2, 2025, this Court extended its deadline, ordering Defendants to file opposing papers by October 10, 2025.

Defendants have yet to file any opposing papers and have thus failed to show cause as to why a preliminary injunction should not issue.  For substantially the same reasons discussed in the Court's Temporary Restraining Order, ECF No. 30, it is hereby **ORDERED** that Defendants are preliminarily **ENJOINED** and **RESTRAINED** from engaging in the activities covered in that Order.  The Preliminary Injunction conference scheduled for October 15, 2025 at 3 p.m. is **ADJOURNED** sine die.

SO ORDERED.

Dated: October 15, 2025
       New York, New York

_____
DALE E. HO
United States District Judge