UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NUTRAMAX LABORATORIES, INC., et al.,

                        Plaintiffs,                  **25-CV-6644 (DEH) (VF)**

           -against-                             **ORDER**

GRAND HORIZON FURNITURE LLC, et al.,

                        Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Plaintiff commenced this action on **August 12, 2025**. ECF No. 1. Plaintiff properly served Defendant Grand Horizon Furniture LLC with a complaint and summons on **September 26, 2025**. See ECF No. 34. Defendant's response was due on **October 17, 2025**, as set forth in Rule 12(a) of the Federal Rules of Civil Procedure.

      Defendant Grand Horizon Furniture LLC is directed to respond to the complaint by **November 26, 2025**. Defendant is further advised that failure to file an answer or otherwise appear to defend the claims may result in a default judgment under Rule 55 of the Federal Rules of Civil Procedure. Plaintiff is also directed to serve a copy of this Order on Defendant.

      **SO ORDERED.**

DATED:    New York, New York
               November 12, 2025

                                                        _____
                                                        VALERIE FIGUEREDO
                                                       United States Magistrate Judge