**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
NUTRAMAX LABORATORIES, INC., et al.,

                              Plaintiffs,                       **25-CV-6644 (DEH) (VF)**

               -against-                            **ORDER**

GRAND HORIZON FURNITURE LLC, et al.,

                           Defendants.
-------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

Plaintiffs commenced this action on **August 12, 2025** (ECF No. 1) and properly served Defendant Grand Horizon Furniture LLC with a complaint and summons on **September 26, 2025** (see ECF No. 34). Defendant's response was due on **October 17, 2025**, and Defendant did not file an answer. The Court *sua sponte* extended the deadline for Defendant to file its answer to **November 26, 2025**. ECF No. 50. That date has passed, and Defendant has not filed its answer.

Accordingly, Plaintiffs are directed to file a proposed clerk's certificate of default and provide a proposed briefing schedule for default judgment as to Defendant Grand Horizon Furniture LLC on or by **January 12, 2026**. Plaintiff is also directed to serve a copy of this Order on Defendant.

      **SO ORDERED.**

DATED:     New York, New York
            December 12, 2025

                                           _____
                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge