**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NUTRAMAX LABORATORIES, INC., et al.,

                                Plaintiffs,                   **25-CV-6644 (DEH) (VF)**

                     -against-                          **ORDER**

GRAND HORIZON FURNITURE LLC, et al.,

                              Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

        Plaintiffs are directed to file their motion for default judgment as to Defendant Grand

Horizon Furniture LLC on or by **Friday, February 13, 2026**. See ECF No. 57 at 2. Plaintiff

is also directed to serve the motion on Defendant.

        **SO ORDERED.**

DATED:      New York, New York
               January 15, 2026

                                                       _____
                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge