UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nutramax Laboratories, Inc. et al,
Plaintiff(s),

v.

Grand Horizon Furniture LLC et al,
Defendant(s).

25-CV-6644 (DEH)

ORDER

DALE E. HO, United States District Judge:

On February 13, 2026, Plaintiff moved for default judgment against Defendant Grand Horizon Furniture LLC. ECF No. 62. Due to challenges locating the Defendant, a show cause hearing on the motion for default judgment was never held. Plaintiff has since represented that the Complaint had been properly served on Defendant. ECF No. 87. On April 15, 2026, the Court ordered Defendant to file any response to the Complaint by May 6, 2026, and warned that the Court would allow Plaintiff to proceed with default judgment if Defendant failed to respond by that date. ECF No. 90. To date, Defendant Grand Horizon has not filed any response, has not sought an extension of time to respond, nor has it filed a notice of appearance on the docket. By **July 10, 2026**, Plaintiff shall file a letter on the docket, not to exceed one page, informing the Court of the next steps Plaintiff would like to take with respect to Plaintiff's motion for default judgment.

SO ORDERED.

Dated: July 8, 2026
New York, New York

DALE E. HO
United States District Judge