ALSTON & BIRD

1201 W. Peachtree Street NW
Atlanta, GA 30309
404-881-7000 | Fax: 404-881-7777

Uly S. Gunn Direct Dial: 404-881-7813 Email: sam.gunn@alston.com

July 17, 2026

**<u>VIA CM/ECF</u>**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** ***Nutramax Laboratories Inc. v. Grand Horizon Furniture LLC*, No. 1:25-cv-06644-DEH-VF; Letter Motion to Adjourn July 29, 2026 Show Cause Hearing**

Dear Judge Ho:

We write on behalf of Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Consumer Care, Inc. ("Nutramax") with an update regarding this matter and to move the Court to Adjourn the upcoming telephonic Show Cause Hearing.

As directed by the Court in its July 13, 2026 order (Dkt. 97; the "Order"), Nutramax sent a copy of the Order to defendant Grand Horizon Furniture LLC via UPS Next Day Air on July 14, 2026. The mailing was sent to the Belmont, North Carolina address of Michael Dewayne Riley disclosed to the Court in Nutramax's March 23, 2026 letter. (Dkt. 82.) On July 15, 2026, Nutramax received confirmation that the mailing had been delivered. (*See* UPS delivery confirmation attached hereto.)

That afternoon, our firm received a call from Mr. Riley. During the call, Riley stated that he no longer lives at the Belmont address, but that his friend who now resides at that address had recently provided him with the papers our firm has been mailing there. Riley professed not to know anything about a company called Grand Horizon Furniture LLC or to have anything to do with the subject matter of this case.

In light of this contact from Riley, Nutramax respectfully requests that the Show Cause hearing scheduled for July 29, 2026 at 2 P.M. (*see* Dkt. 97) be adjourned for 30 days, until August 28, 2026, so that Nutramax has time to review this matter, discuss further with Riley, and determine how it wishes to proceed. This is Nutramax's first request for adjournment. Our firm has emailed Riley at an email address that he provided to us on July 15 to ask whether he will consent to this

adjournment, but we have not yet heard back.[1] The Show Cause hearing is the parties' next scheduled appearance before the Court.

A copy of this letter is being mailed to Riley via UPS at the Belmont, NC address disclosed to the Court on March 23, 2026 (Dkt. 82). A copy of this letter is further being sent via email to the email address Riley provided our firm earlier this week.

Sincerely,

*s/ Uly S. Gunn*
Uly S. Gunn

Application **GRANTED IN PART**. The Show Cause hearing in this matter is is **ADJOURNED** to **September 9, 2026** at **2 P.M**. Defendant Grand Horizon Furniture LLC shall file any opposition to the motion for default judgment by **September 3, 2026**. Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Courts Individual Rules and Practices in Civil Cases. The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code 267 957 104, followed by the pound (#) key.

Further, by **August 28, 2026**, Plaintiffs shall file a status update on the docket appraising the Court of its efforts to notify Defendant Grand Horizon Furniture LLC of this litigation, the pending motion for default judgment, and how Plaintiffs wish to proceed in light of those efforts.

Plaintiffs are **ORDERED** to serve Defendant via overnight courier with a copy of this Order by **July 22, 2026** and to file proof of such service on the docket.

SO ORDERED.

Dated: July 20, 2026
New York, New York

Dale E. Ho
United States District Judge

[1] The email address provided by Riley does not match any of the email addresses Nutramax otherwise believes to be associated with the Defendants in this case.

Case 1:25-cv-06644-DEH-VF Document 99 Filed 07/22/26 Page 1 of 1

# Proof of Delivery

Dear Customer,
This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z3904260109939950

**Service**
UPS Next Day Air®

**Delivered On**
07/15/2026 10:00 A.M.

**Delivered To**
BELMONT, NC, US

**Shipped / Billed On**
07/14/2026

Sincerely,
UPS

Tracking results provided by UPS as of 07/15/2026 1:38 P.M. EST