ALSTON & BIRD

1201 W. Peachtree Street NW
Atlanta, GA 30309
404-881-7000 | Fax: 404-881-7777

Uly S. Gunn Direct Dial: 404-881-7813 Email: sam.gunn@alston.com

August 28, 2026

**VIA CM/ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** ***Nutramax Laboratories Inc. v. Grand Horizon Furniture LLC*, No. 1:25-cv-06644-DEH-VF; Status Update and Letter Motion to Adjourn September 9, 2026 Show Cause Hearing**

Dear Judge Ho:

We write on behalf of Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Consumer Care, Inc. ("Nutramax") with an update regarding this matter and to move the Court to adjourn the upcoming telephonic Show Cause Hearing.

Since Nutramax's July 17, 2026 letter to the Court (Dkt. 98), Nutramax has further discussed this matter with Michael Dewayne Riley of Grand Horizon Furniture LLC ("Grand Horizon"). Nutramax believes the parties are close to a resolution of this matter that would result in Nutramax voluntarily dismissing Grand Horizon from this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). However, before that can occur, Nutramax requires Riley to fulfill certain obligations that have not yet been fulfilled. At this time, Nutramax believes the failure to fulfill these obligations is the result of logistical difficulties that it anticipates Riley can overcome soon.

In light of the parties' productive discussions and the likelihood Nutramax's claims against Grand Horizon can be resolved without further Court involvement, Nutramax respectfully requests that the Show Cause Hearing scheduled for September 9, 2026 at 2 P.M. (*see* Dkt. 99) be adjourned for 30 days, until October 9, 2026. This is Nutramax's second request for adjournment. Riley consents to this request for adjournment. The Show Cause Hearing is the parties' next scheduled appearance before the Court.

A copy of this letter is being mailed to Riley via UPS at the Belmont, NC address disclosed to the Court on March 23, 2026 (Dkt. 82). A copy of this letter is further being sent via email to Riley at the email address he has been using to correspond with our firm.

Sincerely,

*s/ Uly S. Gunn*
Uly S. Gunn

The Court is in receipt of this status letter regarding the upcoming Show Cause hearing on Plaintiff's motion for default judgment with respect to Defendant Grand Horizon Furniture LLC ("Grand Horizon"). Rather than adjourn the hearing 30 days, the Plaintiff's motion for default judgment, ECF No. 62, which has been pending since February 2026, is **DENIED WITHOUT PREJUDICE**. Plaintiff may renew the motion when and if such a motion is procedurally appropriate. Accordingly, the hearing scheduled for September 9, 2026 is **ADJOURNED SINE DIE**. The Clerk of Court is respectfully directed to terminate ECF Nos. 62 & 101.

SO ORDERED.

Dated: September 1, 2026
New York, New York

Dale E. Ho
United States District Judge